UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

    JAYME D. JOSEPH,

               Debtor.

Case No. 22−10010−JLG

Chapter 7

## ORDER REOPENING CHAPTER 7 CASE

UPON CONSIDERATION of the Motion to Reopen Chapter 7 Case pursuant to 11 U.S.C. §350(b), for the limited purpose of allowing Debtor to bring an adversary proceeding against creditor Coronado Student Loan Trust to determine the dischargeability of Debtor's private student loan debt (the "Motion"). The Court, having considered the merits of the Motion, finds that there is sufficient cause to reopen Debtor's Chapter 7 Bankruptcy Case and allow the filing of a complaint. It is therefore

ORDERED that the Debtor's Chapter 7 Case is reopened for a limited purpose;

IT IS FURTHER ORDERED that the Debtor shall be allowed to file a complaint against creditor Coronado Student Loan Trust to commence an adversary proceeding to determine the dischargeability of Debtor's student loan debt on or before November 30, 2022.

~~IT IS FURTHER ORDERED that Debtor's case shall remain open until the Court has determined the dischargeablity of Debtor's student loan debt.~~ **[JLG]**

Dated: November 4, 2022
       New York, New York

                                           /s/ *James L. Garrity, Jr.*
                                          Honorable James L. Garrity, Jr.
                                          United States Bankruptcy Judge